# U.S. District Court
# District of New Hampshire (Concord)
# CRIMINAL DOCKET FOR CASE #: 1:24−cr−00038−JL−TSM−1

| | |
|---|---|
| Case title: State of NH v. Berard | Date Filed: 04/17/2024 |
| Other court case number: 441−2024−CR−00353 New Hampshire 10th Circuit District Division Court | Date Terminated: 05/28/2024 |

Assigned to: Judge Joseph N. Laplante
Referred to: US Magistrate Judge Talesha L. Saint−Marc

Appeals court case number: 24−1943
First Circuit Court of Appeals

**Defendant (1)**

| | | |
|---|---|---|
| **Destinie L. Berard**<br>*TERMINATED: 05/28/2024* | represented by | **Destinie L. Berard**<br>46 Pond Street<br>Georgetown, MA 01833<br>978−518−0765<br>Email: dlb12179@gmail.com<br>PRO SE |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**State of New Hampshire**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/28/2024 | | **ENDORSED ORDER granting 10 Motion for Leave to Appeal In Forma Pauperis as to Destinie L. Berard (1).** *Text of Order: Granted.* **So Ordered by US Magistrate Judge Talesha L. Saint–Marc. (jb)** (Entered: 10/29/2024) |
| 10/29/2024 | 11 | Clerk's Supplemental Certificate transmitted to US Court of Appeals as to Destinie L. Berard re 7 Notice of Appeal with document 10/28.2024 Endorsed Order. (jb) (Entered: 10/29/2024) |

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

State of New Hampshire

    v.                                                             No. 24-cr-38-01-JL-TSM

Destinie L. Berard

 

                         CLERK'S SUPPLEMENTAL CERTIFICATE TO
                            <u>CIRCUIT COURT OF APPEALS</u>

    I, Jadean Barthelmes, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 10/28/2024 EO

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

                                           IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 29, 2024

                                           **FCP KGN'L0N| PEJ , Clerk**

                                           **By: /s/ Jadean Barthelmes, Deputy Clerk**

                                                  **Oct 29, 2024**

# U.S. District Court

## District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 10/29/2024 at 8:32 AM EDT and filed on 10/28/2024

| | |
|---|---|
| **Case Name:** | State of NH v. Berard |
| **Case Number:** | 1:24–cr–00038–JL–TSM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ENDORSED ORDER granting [10] Motion for Leave to Appeal In Forma Pauperis as to Destinie L. Berard (1).** *Text of Order: Granted.* **So Ordered by US Magistrate Judge Talesha L. Saint–Marc. (jb)**

**1:24–cr–00038–JL–TSM–1 Notice has been electronically mailed to:**

Destinie L. Berard(Terminated) &nbsp &nbsp dlb12179@gmail.com

**1:24–cr–00038–JL–TSM–1 Notice, to the extent appropriate, must be delivered conventionally to:**