# United States Court of Appeals
## For the First Circuit

No. 24-1943

STATE OF NEW HAMPSHIRE,

Appellee,

v.

DESTINIE L. BERARD,

Defendant - Appellant.

**ORDER OF COURT**

Entered: January 7, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Upon review of the record in this case, it appears that defendant Destinie L. Berard's notice of appeal (D.E. 7), filed on October 11, 2024 in No. 1:24-cr-00038-JL (D.N.H.) from the May 28, 2024, order remanding Berard's criminal prosecution to the state court (D.E. 4), is late. See Fed. R. App. P. 4(b) (notice of appeal in criminal case must be filed within fourteen days after the entry of the judgment or order appealed). The time to file a notice of appeal within the limits set forth in Fed. R. App. P. 4(b)(1)(A) expired on June 11, 2024. Although a district court may extend the time for filing a notice of appeal by up to 30 additional days upon a showing of excusable neglect or good cause, see Fed. R. App. P. 4(b)(4), the district court does not have authority to extend the time to appeal beyond that point. See Fed. R. App. P. 26(b)(1). It also does not appear that the motion to stay judgment (D.E. 5) filed on May 30, 2024, qualifies as a tolling motion under Fed. R. App. P. 4(b)(3) or that Bedard's notice of appeal would have been timely filed as to the September 4, 2024, order denying that motion if it had been.

    On or before **January 21, 2025**, both parties are directed to file a response addressing whether the appeal should be dismissed as untimely. See United States v. Reyes-Santiago, 804 F.3d 453, 458 (1st Cir. 2015) (holding that Fed. R. App. P. 4(b)'s "time limits are not 'mandatory and jurisdictional' in the absence of a timely objection from the government"); United States v. Gonzalez-Rodriguez, 777 F.3d 37, 40-43 (1st Cir. 2015) (dismissing appeal as untimely where notice of appeal was filed outside 14-day period).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Destinie L. Berard
John M. Formella