# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-1943    **Short Title:** State v. Berard, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
New Hampshire Attorney General's Office                                           as the

[ ] appellant(s)            [ ] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)           [✓] respondent(s)          [ ] intervenor(s)

/s/ Mary A. Triick                          1/21/25
Signature                                    Date

Mary A. Triick
Name

N.H. Attorney General's Office              603-271-0447
Firm Name (if applicable)                   Telephone Number

1 Granite Place, South                       603-271-2110
Address                                      Fax Number

Concord, NH                                  Mary.A.Triick@doj.nh.gov
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1213543

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No.

=====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).