# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

No. 24-1943

STATE OF NEW HAMPSHIRE

Appellee,

v.

DESTINIE L. BERARD,

Appellant.

## RESPONSE AND MOTION TO DISMISS

Appellee, the State of New Hampshire, files this pleading to comply with this Court's January 7, 2025, Order and herein moves to dismiss this case as untimely filed.

1. As this Court's January 7, 2025, Order observes, Ms. Berard's notice of appeal was filed more than four months after the district court order from which it arises, well outside of the fourteen-day deadline established by Fed. R. App. P. 4(b)(1)(A).

2. Fed. R. App. P. 4(b) is not jurisdictional. *United States v. Reyes-Santiago*, 804 F.3d 453, 458 (1st Cir. 2015). However, its time limits "are mandatory when raised by the government." *United States v. Gonzalez-Rodriguez*, 777 F.3d 37, 40 n.4 (1st Cir. 2015).

WHEREFORE, the Appellee State of New Hampshire respectfully requests this Honorable Court:

    A. Dismiss this appeal as untimely; and

    B. Grant such further relief as this Court deems just and equitable.

    Respectfully submitted,

    STATE OF NEW HAMPSHIRE

    By its attorneys,

    JOHN M. FORMELLA
    N.H. ATTORNEY GENERAL

    and

    ANTHONY J. GALDIERI
    N.H. SOLICITOR GENERAL

January 21, 2025          */s/ Mary A. Triick*
Mary A. Triick, No. 1213543
Senior Assistant Attorney General
Office of the Attorney General
1 Granite Place, South
Concord, N.H. 03301
(603) 271-0447
mary.a.triick@doj.nh.gov

## Certificate of Service

I certify that a copy of the foregoing motion was served on Appellant, Destinie L. Berard through this Court's electronic-filing system.

January 21, 2025          */s/ Mary A. Triick*
Mary A. Triick, No. 1213543