| State v. DESTINIE L BERARD | § § § § | Location: | 10th Circuit - District Division - Hampton |
|---|---|---|---|
| | | Filed on: | **03/18/2024** |

## CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Criminal** |
|---|---|---|---|---|---|
| Jurisdiction: **Seabrook** | | | | | |
| 1. Violation of Protective Order | 173-B:9 | MISD | 05/30/2022 | Case Status: | **03/18/2024** Pending |
| ChargeID: 2186723C  ACN: 00868002400000087001 | | | | | |
| Arrest:  03/15/2024 | | | | | |

## PARTY INFORMATION

*Attorneys*

**Defendant**   BERARD, DESTINIE L
　　　　　　　 *46 Pond St*
　　　　　　　 *Georgetown, MA 01833*
　　　　　　　 DOB:
　　　　　　　 DL:

**Prosecutor**  **Seabrook Prosecutor**
　　　　　　　 *Seabrook Police Department*
　　　　　　　 *Liberty Lane*
　　　　　　　 *Seabrook, NH 03874*

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/30/2022 | Complaint Narrative at Filing<br>*Knowingly violate a final Order of Protection issued by the 10th Circuit Court-Family Division-Brentwood on July 8, 2020, in that she came within 300 feet of the protected party in said order at 1 Lowell Street, Saint Elizabeth of Hungary Mission Church,*<br>*Charges: 1* | |
| 03/18/2024 | **Video Arraignment/Bail Hearing** | |
| 03/18/2024 | Complaint As Accepted For Filing | |
| 03/18/2024 | Gerstein Affidavit | Index #1 |
| 03/18/2024 | **Plea** (Judicial Officer: Christo, Ellen V)<br>　1. Violation of Protective Order<br>　　　Not Guilty | |
| 03/18/2024 | Arraignment - Advisement of Rights | Index #2 |
| 03/18/2024 | Bail Order (Judicial Officer: Christo, Ellen V )<br>*released on PR. no victim contact* | Index #3 |
| 03/18/2024 | Notice of Video Hearing | Index #4 |
| 04/17/2024 | Other<br>*request for copy of entire file* | Index #6 |
| 04/17/2024 | Other<br>*copy of all completed audio video camera notice forms* | Index #7 |
| 04/18/2024 | Other<br>*Notice of Removal* | Index #5 |

| Date | Event | Index |
|---|---|---|
| 04/18/2024 | Other<br>Party: Defendant BERARD, DESTINIE L<br>*Notice of Removal* | Index #10 |
| 04/22/2024 | Appearance<br>*Nicole Reilly for Victim* | Index #8 |
| 04/23/2024 | Other<br>*request for copies Dana Albrecht/Sent Copy of Request with No Record Found to Mr. Albrecht* | Index #9 |
| 05/29/2024 | Denied (Judicial Officer: Christo, Ellen V ) | |
| 05/31/2024 | Notice of Decision | Index #11 |
| 06/10/2024 | Request<br>Party: Defendant BERARD, DESTINIE L<br>*for certified copies / mailed pmnt and case summery stating we do not have requested documents* | Index #12 |
| 06/21/2024 | Financial Affidavit<br>*Sent back to Ms. Berard with the Request for lawyer form. I have made a copy.* | Index #13 |
| 06/26/2024 | Motion to Continue<br>*Hold until 7-6-24* | Index #14 |
| 07/09/2024 | Denied (Judicial Officer: Zaino, Michael J ) | |
| 06/26/2024 | Other<br>*Defendant's Request for Court to Show Cause re: Jurisdiction* | Index #15 |
| 06/26/2024 | Motion<br>*Defendant's Motion to Strike Gerstein Affidavit (Index #1)* | Index #16 |
| 06/26/2024 | Motion to Seal<br>*Defendant's Expedited Motion to Seal Financial Affidavit (Index #13)* | Index #17 |
| 06/26/2024 | Granted in Part (Judicial Officer: Christo, Ellen V ) | |
| 07/26/2024 | Notice of Decision | Index #24 |
| 07/09/2024 | Request<br>*Request for Certified Copies* | Index #18 |
| 07/09/2024 | Other<br>*Advance Notice Form* | Index #19 |
| 07/09/2024 | Motion<br>*Defendant's Motion for Court Appointed Private Counsel at State Expense/Hold until 7/19/24* | Index #20 |
| 07/09/2024 | Other<br>*Defendant's Notice of Affirmative Defense* | Index #21 |
| 07/10/2024 | **Trial** (Judicial Officer: Murray, Scott W) | |
| 07/16/2024 | Order (Judicial Officer: Pendleton, John T ) | Index #22 |
| 07/26/2024 | Notice of Decision | Index #23 |
| 07/31/2024 | Denied (Judicial Officer: Christo, Ellen V ) | |

| | | |
|---|---|---|
| | *Re: Def Req for Court to Show Cause* | |
| 08/22/2024 | Other (Judicial Officer: Christo, Ellen V )<br>*to be addressed at trial re: def mtn to str* | Index #25 |
| 08/22/2024 | Notice of Decision | Index #26 |
| 08/22/2024 | Notice of Decision | Index #27 |
| 10/07/2024 | Motion<br>Party: Defendant BERARD, DESTINIE L<br>*Motion for Richard's Hearing* | Index #28 |
| 10/21/2024 | Order (Judicial Officer: Pendleton, John T ) | Index #32 |
| 10/07/2024 | Motion to Compel<br>Party: Defendant BERARD, DESTINIE L<br>*Def's Motion to Compel NHPD to Obtain Prior Mass Police Court Record Dismissing Charges* | Index #29 |
| 10/21/2024 | Denied (Judicial Officer: Pendleton, John T ) | |
| 10/28/2024 | Notice of Decision | Index #31 |
| 10/15/2024 | Motion to Continue<br>Party: Defendant BERARD, DESTINIE L<br>*Pending hold until 10/24* | Index #30 |
| 10/21/2024 | Order (Judicial Officer: Pendleton, John T )<br>*On Motion to Cont.* | Index #33 |
| 10/30/2024 | Request<br>*For copies from July 9th to present / Completed 11-4-24* | Index #34 |
| 11/01/2024 | Motion for Clarification<br>Party: Defendant BERARD, DESTINIE L<br>*Ex Parte Motion for Clarification of October 21, 2024 ORder* | Index #35 |
| 11/01/2024 | Order (Judicial Officer: Pendleton, John T ) | Index #36 |
| 11/01/2024 | Other<br>*Advance Notice Form Still Camera/Cellphones/Tablet/Audio/Video (One Day Only)* | Index #38 |
| 11/04/2024 | Notice of Decision | Index #37 |
| 11/04/2024 | Email-Address Notification or Change<br>Party: Defendant BERARD, DESTINIE L<br>*Address has been updated* | Index #39 |
| 11/08/2024 | Motion to Continue<br>Party: Defendant BERARD, DESTINIE L<br>*Ex-Parte* | Index #40 |
| 11/13/2024 | Moot (Judicial Officer: Walch, Dorothy E ) | |
| 11/18/2024 | Notice of Decision | Index #53 |
| 11/08/2024 | Motion<br>Party: Defendant BERARD, DESTINIE L<br>*Expedited Motion for Stay Pending Appeal* | Index #41 |

| Date | Event | Index |
|---|---|---|
| 11/12/2024 | Motion in Limine<br>Party: Defendant BERARD, DESTINIE L<br>*Defendant's Expedited Motion in Limine to Exclude Testimony of Late- Disclosed Witnesses* | Index #42 |
| 11/13/2024 | Order (Judicial Officer: Walch, Dorothy E )<br>*Def did not req Disco and Info Re Witnesses was sent too later per the Rules Criminal Procedure. Trial contd as remedy* | Index #51 |
| 11/18/2024 | Notice of Decision | Index #52 |
| 11/12/2024 | Appearance<br>*Dana Albrecht* | Index #43 |
| 11/12/2024 | Power Of Attorney | Index #44 |
| 11/13/2024 | **Trial** (Judicial Officer: Walch, Dorothy E) | |
| 11/13/2024 | Motion<br>*Motion for Limited Intervention For Purposes of Quashing Subpoena of Destiny Berared / Filed by Naomi Butterfiled* | Index #47 |
| 11/13/2024 | Granted (Judicial Officer: Walch, Dorothy E ) | |
| 11/13/2024 | Motion to Quash<br>*Motion to Quash Subpoena / Filed by Naomi Butterfiled* | Index #49 |
| 11/13/2024 | Granted (Judicial Officer: Walch, Dorothy E ) | |
| 11/14/2024 | Request<br>Party: Prosecutor Seabrook Prosecutor<br>*Request for Motion to Amend Complaint(s)* | Index #46 |
| 12/18/2024 | Granted (Judicial Officer: Walch, Dorothy E ) | |
| 12/19/2024 | Notice of Decision | Index #84 |
| 11/15/2024 | Email-Address Notification or Change<br>Party: Power of Attorney Albrecht, Dana<br>*Filed by Dana Albrecht to conf address of 131 Daniel Webster Hwy #235 Nashua NH 03060* | Index #45 |
| 11/18/2024 | Notice of Decision | Index #48 |
| 11/18/2024 | Notice of Decision | Index #50 |
| 11/20/2024 | Return of Service<br>Party: Power of Attorney Albrecht, Dana<br>*By Sheriff for the Following: Deanna Campbell, Esq / Jennifer Jones / Erin Creegan / Susan B Carbon* | Index #60 |
| 11/21/2024 | Order (Judicial Officer: Walch, Dorothy E )<br>*Order on Double Jeopardy Issue* | Index #55 |
| 11/26/2024 | Notice of Decision | Index #56 |
| 11/21/2024 | Request<br>*Request for Copies* | Index #64 |
| 11/22/2024 | Motion | Index #58 |

| | | |
|---|---|---|
| | Party: Power of Attorney Albrecht, Dana<br>*Def's Motion to Partially Strike November 13, 2024 Order on Ex Parte Motion to Continue 11/13/24* | |
| 12/18/2024 | Denied (Judicial Officer: Walch, Dorothy E) | |
| 12/19/2024 | Notice of Decision | Index #82 |
| 11/22/2024 | Memorandum of Law<br>Party: Power of Attorney Albrecht, Dana<br>*Re: Jurisdiction* | Index #59 |
| 11/22/2024 | Motion<br>Party: Power of Attorney Albrecht, Dana<br>*Def Motion to Partially Vacate 11-13-23 Order on Def Expedited Motion in Limine to Exclude Testimony of Late Disclosed Witness* | Index #79 |
| 11/24/2024 | Motion<br>Party: Power of Attorney Albrecht, Dana<br>*Def Motion to Partially Vacate Nov. 13, 2024 Order on Defendant's Expedited Motion in Limine to Exclude Testimony of Late- Disclosed Witnesses* | Index #57 |
| 11/26/2024 | Notice of Decision<br>*on motion to Quash Subpoena* | Index #54 |
| 12/06/2024 | Motion for Late Entry<br>Party: Power of Attorney Albrecht, Dana | Index #61 |
| 12/18/2024 | Granted (Judicial Officer: Walch, Dorothy E) | |
| 12/19/2024 | Notice of Decision | Index #83 |
| 12/06/2024 | Objection<br>*Objection to State's Request for Motion to Amend* | Index #62 |
| 12/06/2024 | Motion to Reconsider<br>Party: Power of Attorney Albrecht, Dana<br>*Motion to Reconsider Order on Double Jeopardy* | Index #63 |
| 12/18/2024 | Denied (Judicial Officer: Walch, Dorothy E) | |
| 12/19/2024 | Notice of Decision | Index #81 |
| 12/13/2024 | Memorandum of Law<br>Party: Power of Attorney Albrecht, Dana<br>*Defendant's Memorandum of Law re Notice* | Index #65 |
| 12/18/2024 | Read and Noted (Judicial Officer: Walch, Dorothy E)<br>*This matter shall be rescheduled so the parties have an opportunity to file memorandums* | |
| 12/18/2024 | Notice of Decision | Index #76 |
| 12/17/2024 | Motion to Quash<br>*Atty Creegan / General Council Judicial Branch* | Index #66 |
| 12/17/2024 | Other (Judicial Officer: Rauseo, Kevin P)<br>*Schedule for hearing* | Index #67 |
| 12/17/2024 | Notice of Decision | Index #68 |

| Date | Event | Index |
|---|---|---|
| 12/17/2024 | Motion<br>*Motion to Appear Remotely on Motion to Quash* | Index #69 |
| 12/17/2024 | Granted (Judicial Officer: Rauseo, Kevin P ) | |
| 12/17/2024 | Notice of Decision | Index #70 |
| 12/17/2024 | Motion to Quash | Index #74 |
| 12/17/2024 | Other Motions<br>Party: Power of Attorney Albrecht, Dana<br>*Defendant's Ex Parte Motion to Strike Motion to Quash* | Index #77 |
| 12/18/2024 | **Motion Hearing** (Judicial Officer: Walch, Dorothy E)<br>*Re: Motion to Quash* | |
| 12/18/2024 | Request<br>Party: Power of Attorney Albrecht, Dana<br>*Defendant's Request for findings of fact re: 12/18/24 Hearing* | Index #71 |
| 12/18/2024 | Other (Judicial Officer: Walch, Dorothy E )<br>*The findings of facts and rulings of law are unnecessary for resolution of the limited issue before the court.* | Index #72 |
| 12/18/2024 | Notice of Decision | Index #73 |
| 12/18/2024 | Granted (Judicial Officer: Walch, Dorothy E )<br>*Motion Granted after hearing* | |
| 12/18/2024 | Notice of Decision | Index #75 |
| 12/18/2024 | Denied (Judicial Officer: Walch, Dorothy E ) | |
| 12/18/2024 | Notice of Decision | Index #78 |
| 12/18/2024 | Denied (Judicial Officer: Walch, Dorothy E ) | |
| 12/19/2024 | *CANCELED* **Motion Hearing** | |
| 12/19/2024 | Notice of Decision | Index #80 |
| 12/20/2024 | Motion<br>Party: Power of Attorney Albrecht, Dana<br>*Motion to Address Status of Counsel / Hold until 12/30/24* | Index #85 |
| 12/30/2024 | Return of Service<br>*Subpoena / Deanna Campbell and Tracy Meyer* | Index #86 |
| 01/17/2025 | Supreme Court Order<br>*Mandate* | |
| 01/17/2025 | Supreme Court Order<br>*Mandate* | |
| 01/17/2025 | Supreme Court Order<br>*Mandate* | |
| 02/13/2025 | **Trial** (Judicial Officer: Christo, Ellen V) | |

| DATE | FINANCIAL INFORMATION |
|---|---|
| | **Defendant** BERARD, DESTINIE L |
| | Total Charges      158.00 |
| | Total Payments and Credits      158.00 |
| | **Balance Due as of 01/22/2025**      **0.00** |