# United States Court of Appeals
## For the First Circuit

No. 24-1943

STATE OF NEW HAMPSHIRE,

Appellee,

v.

DESTINIE L. BERARD,

Defendant - Appellant.

**MANDATE**

Entered: April 22, 2025

     In accordance with the judgment of March 31, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

                          By the Court:

                          Anastasia Dubrovsky, Clerk

cc:
Destinie L. Berard
John M. Formella
Mary Alissa Triick